AO 245A  (Rev. 12/03) Judgment of Acquittal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 5 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

MICHAEL JOHN GAVIN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   4:07cr00366-01 JMM

The Defendant was found not guilty as to Count 1 of the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

James M. Moody, United States District Judge
Name and Title of Judge

Feb 5, 2008
Date